

# NUMBER 13-19-00119-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TEXAS MUNICIPAL LEAGUE
INTERGOVERNMENTAL RISK POOL,                      Appellant,

v.

CITY OF PHARR, TEXAS,                                 Appellee.

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Contreras**

Appellant, Texas Municipal League Intergovernmental Risk Pool, filed an interlocutory appeal from an order entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-2246-15-A. The parties have filed a joint status and motion to dismiss the appeal. The parties jointly report that their governing bodies have agreed

upon and reached a settlement. The parties request that this Court dismiss the appeal with each party to bear its own fees and costs.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
1st day of August, 2019.